UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 01356
    BERNARD MOORE
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-2621


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 01/26/2007 and was not confirmed.

    The case was dismissed without confirmation 08/29/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OCWEN LOAN SERVICING LLC | CURRENT MORTG | .00 | .00 | .00 |
| OCWEN LOAN SERVICING LLC | MORTGAGE ARRE | 39000.00 | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | 3085.52 | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | 303.93 | .00 | .00 |
| PHILIP A IGOE | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | 2,000.00 |

            Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
|                      | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 2,000.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | 2,000.00 |
| TOTALS | 2,000.00 | 2,000.00 |

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 12/05/07           _____

                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE